**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1856

CHOICE HOTELS INTERNATIONAL, INCORPORATED,

Plaintiff - Appellee,

versus

G. GARDNER JOHNSON; KATHY JOHNSON,

Defendants - Appellants,

and

SADIQUE HEMANI,

Defendant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-01-3875)

Submitted: April 13, 2005                Decided: April 27, 2005

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Onkar N. Sharma, SHARMA & BHANDARI, Silver Spring, Maryland, for
Appellants. Kerry S. McGeever, CHOICE HOTELS INTERNATIONAL, INC.,
Silver Spring, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

G. Gardner Johnson and Kathy Johnson appeal from the district court's order confirming the arbitrator's award. We have reviewed the briefs, the joint appendix, and the district court's orders and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Choice Hotels, Int'l, Inc. v. Johnson, No. CA-01-3875 (D. Md. June 27, 2002; August 1, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED